```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHEL W. HILL, Bar #151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MARIN DELGADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case #: 6:10-mj-00131-MJS-1 |
|---|---|---|
| *Plaintiff,* | ) | UNOPPOSED MOTION TO MODIFY |
| | ) | TERM OF PROBATION; |
| v. | ) | ORDER THEREON |
| MARIN DELGADO, | ) | |
| | ) | Magistrate:   Hon. Michael J. Seng |
| *Defendant.* | ) | |

Defendant, MARIN DELGADO, hereby respectfully moves the Court for an order modifying the terms of his probation such that the remaining fine balance of $1230.00 and the $20.00 penalty assessment be due and payable by January 28, 2011.

The government does not oppose this motion, which is brought in the interests of justice. Mr. DELGADO wishes to comply with the Court's orders and pay the balance of his fine; however, he recently has experienced some financial difficulties and has not been able to pay the fine in the time frame he originally anticipated. However, Mr. DELGADO is expecting an end of the year bonus and believes that it will enable him to pay the fines by January 28, 2011.

///

///

///

The new date requested for final payment of the fines still falls within Mr. DELGADO's term of unsupervised probation, which is due to expire on August 24, 2011.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: November 23, 2010          */s/ Rachel W. Hill*
                                  RACHEL W. HILL
                                  Assistant Federal Defender
                                  Attorney for Defendant

**O R D E R**

IT IS ORDERED that Defendant MARIN DELGADO's fine balance of $1230.00 and $20.00 penalty assessment shall now be due and payable by January 28, 2011.

IT IS SO ORDERED.

Dated:   November 23, 2010          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Marin Delgado - Unopposed Motion to Modify
Term of Probation                              2